Case 1:20-cr-00107-DLH *SEALED*   Document 4   Filed 07/09/20   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America<br>v.<br>Dawson M. Rouse<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   1:20-CR-107 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                       Dawson M. Rouse                                       ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Attempted Sexual Exploitation of a Child; Coercion and Enticement of a Minor to Engage in Unlawful Sexual Activity; Sexual Exploitation of a Child; Transfer of Obscene Materials to a Minor; Forfeiture Allegation

Date:   07/09/2020

*/s/ Carla Schultz*
*Issuing officer's signature*

City and state:   Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* __7/9/2020__ , and the person was arrested on *(date)* __7/13/2020__
at *(city and state)* __BISMARCK, ND__ .

Date: __7/14/2020__

*Arresting officer's signature*

__AMANDA LEWIS, DUSM__
*Printed name and title*

ON BEHALF OF HSI