IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT** |
| | ) | **MOTION TO CONTINUE TRIAL** |
| vs. | ) | |
| | ) | Case No. 1:20-cr-107 |
| Dawson M. Rouse, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is joint motion to continue trial and request for additional trial days filed on August 17, 2020. See Doc. N. 18. The trial is currently scheduled to commence on September 15, 2020. The parties jointly request that the case be designated as complex under 18 U.S.C. § 3161(h)(7)(B)(ii).

The Court finds there is good cause to continue the trial and that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7)(A). See United States v. Lucas, 499 F.3d 769, 782-83 (8th Cir. 2007); United States v. Hohn, 8 F.3d 1301, 1305 (8th Cir. 1993); United States v. Driver, 945 F.2d 1410, 1414 (8th Cir. 1991). Further, the Court finds this case is so unusual and complex, due to the nature of the prosecution and the amount of discovery, that it would be unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(7)(B)(ii). Accordingly, the Court **GRANTS** the motion to continue (Docket No. 18) and designates the case as complex for speedy trial purposes. Trial shall be rescheduled for Tuesday, February 2, 2021, at 9:00 a.m. in Bismarck before Judge Hovland. A seven (7) day trial is anticipated. All time which elapses from the date of this order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv).

**IT IS SO ORDERED.**

Dated this 18th day of August, 2020.

                                                  */s/ Daniel L. Hovland*
                                                  Daniel L. Hovland, District Judge
                                                  United States District Court