## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING GOVERNMENT'S** |
| | ) | **MOTION TO CONTINUE TRIAL** |
| vs. | ) | |
| | ) | Case No. 1:20-cr-107 |
| Dawson Rouse, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Government's motion to continue trial filed on April 12, 2021. See Doc. No. 35. The trial is scheduled to commence on May 17, 2021. The Government requests additional time to review evidence, locate witnesses, and prepare for trial. The Defendant has no objection to the motion. See Doc. No. 36. The Defendant has been informed and understands the delay occasioned by the motion will be excluded from any Speedy Trial calculation.

The Court finds there is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7)(A). See United States v. Lucas, 499 F.3d 769, 782-83 (8th Cir. 2007); United States v. Hohn, 8 F.3d 1301, 1305 (8th Cir. 1993); United States v. Driver, 945 F.2d 1410, 1414 (8th Cir. 1991). Accordingly, the Court **GRANTS** the motion (Doc. No. 35). Trial shall be rescheduled for Monday, September 20, 2021, at 9:00 a.m. in Bismarck before Judge Hovland. A thirteen (13) day trial is anticipated. All time which elapses from the date of this order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B).

**IT IS SO ORDERED.**

Dated this 19th day of April, 2021.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court