IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cr-00107 |
| | ) | |
| DAWSON M. ROUSE, | ) | |
| | ) | |
| Defendant. | ) | |

---

## DEFENDANT'S RESPONSE TO UNITED STATES' MOTION FOR CONTINUANCE AND REQUEST FOR ADDITIONAL TRIAL DAYS

---

Dawson M. Rouse, defendant, does not object to the United States' Second Motion for

Continuance and Request for Additional Trial Days, Document 38.

Dated:  August 24, 2021.

MICHAEL R. HOFFMAN
North Dakota ID 04366
Attorney for Defendant
120 North 3rd Street, Suite 100
Bismarck, ND  58501
701-355-0900


/s/ *Michael R. Hoffman*
Michael R. Hoffman